UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:06-MJ-00596

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | **DISMISSAL ORDER** |
| SMITH, MATTHEW J. | ) | |

The GOVERNMENT moves for dismissal without prejudice of the above-captioned case for the following reason: Insufficient Evidence.

Offense: Impaired Driving

Category: Class A misdemeanor

Offense date: August 19, 2006

Submitted on: March 14, 2014

                                                                                */s/ Yolanda McCray Jones*
                                                                                YOLANDA MCCRAY JONES
                                                                                Special Assistant U.S Attorney
                                                                                XVIII Airborne Corps & Fort Bragg
                                                                                Fort Bragg, NC 28307-5000
                                                                                (910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed without prejudice.

This __16th__ day of __March__, 2014.

                                                                                _____
                                                                                United States Magistrate Judge